UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:07-CR-36 |
| V. | ) | (Phillips / Shirley) |
| | ) | |
| JEREMY BECKNER, | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on defendant Jeremy Beckner's Motion to Extend Motion Cut-Off Deadline [Doc. 11], filed May 24, 2007. The defendant asks for an extension of the motion cut-off deadline in order to review a large amount of discovery including audio tapes which he has not completed due to an unusually busy caseload. The government has stated that it does not object to the granting of the defendant's request for an extension. Accordingly, the Court **GRANTS** the defendant's Motion to Extend Motion Cut-Off Deadline [**Doc. 11**]. The defendant, Jeremy Beckner, has until **June 8, 2007**, to file any motions in this case. The pretrial conference remains scheduled for June 14, 2007 at 2:30 p.m. However, if any motions are

filed, the Court will have to reschedule the presently scheduled dates, including the government's response time to the motions, because of time constraints.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge